

# NUMBER 13-21-00183-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JASON REIP,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                         Appellee.

### On appeal from the 36th District Court
### of Aransas County, Texas.

## MEMORANDUM OPINION

### Before Justices Hinojosa, Tijerina, and Silva
### Memorandum Opinion by Justice Tijerina

This cause is before the Court on its own motion. On June 15, 2021, appellant's trial counsel filed a notice of appeal of the pre-trial rulings in a plea bargain case. On August 19, 2021 and August 31, 2021, the Clerk of the Court notified appellant that his brief was past due. On September 21, 2021, the matter was abated and remanded to the trial court to address counsel's failure to respond to the late brief notices. On November

22, 2021, we received a supplemental record containing the trial court's finding. The supplemental record contained findings that the appeal was not filed at the request of the appellant, the appellant does not have the right to appeal, and appellant has effectively abandoned this appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, the appeal is reinstated and is hereby dismissed.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
20th day of January, 2022.

2